UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**LA TERRENCE D. KELLEY,**
  *Plaintiff*,

v.            Civil Action No.: 2:22-cv-285

**ALEJANDRO N. MAYORKAS,**
Secretary, U.S. Department of
Homeland Security,
  *Defendant.*

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant, Alejandro N. Mayorkas, Secretary of Homeland Security, by counsel, respectfully moves for summary judgment herein, setting forth as the grounds therefor the accompanying Memorandum of Law, which is incorporated herewith.

          Respectfully submitted,

          ALEJANDRO N. MAYORKAS,
          Secretary of Homeland Security,
          Defendant

          JESSICA D. ABER
          UNITED STATES ATTORNEY

    By:  /s/ *Daniel P. Shean*
       Daniel P. Shean, Assistant U.S. Attorney
        Virginia State Bar No. 84432
       Counsel for Defendant
       Office of the United States Attorney
       101 W. Main Street, Suite 8000
       Norfolk, Virginia 23510-1671
       Telephone: (757) 441-6331
       Facsimile: (757) 441-6689
       Email: daniel.shean@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on the 31st day of July, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system.  I further certify that I will cause a copy of the foregoing document to be electronically mailed and mailed via first-class mail, postage prepaid, to the following:

La Terrence D. Kelley
3428 Eight Star Way
Chesapeake, Virginia 23323
Email: laterrence.d.kelley@cox.net

                                    By:     /s/ *Daniel P. Shean*
                                              Daniel P. Shean, Assistant U.S. Attorney
                                               Virginia State Bar No. 84432
                                             Counsel for Defendant
                                             Office of the United States Attorney
                                             101 W. Main Street, Suite 8000
                                             Norfolk, Virginia 23510-1671
                                             Telephone: (757) 441-6331
                                             Facsimile: (757) 441-6689
                                             Email:  daniel.shean@usdoj.gov